UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WAYNE ANDRE BARNES            CIVIL ACTION

VERSUS            18-798-SDD-RLB

BECHTEL OIL GAS & CHEMICALS

## RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated July 9, 2019, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's claims against Defendant, Bechtel Oil Gas & Chemicals, is hereby DISMISSED without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 41(b)(1)(A) for failure to serve and failure to prosecute.

Signed in Baton Rouge, Louisiana the 26 day of July, 2019.

*Shelly D. Dick*
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 14.